```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TANIA DEIDAN,                                                          :
                                                                       :
                        Plaintiff,                                     :
                                                                       :       24 Civ. 9489 (JPC)
              -v-                                                      :
                                                                       :            ORDER
ERIK DEIDAN and 791 REALTY LLC,                                        :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff Tania Deidan filed the Complaint in this action on December 12, 2024. Dkt. 1. The docket reflects that Defendants Erik Deidan and 791 Realty LLC were served on December 27, 2024, and December 16, 2024, making their answers due on January 17, 2025, and January 6, 2025, respectively. Dkts. 5-6. To date, neither Defendant has responded to the Complaint or otherwise appeared in this action. Accordingly, the Court *sua sponte* extends the deadline for both Defendants to respond to the Complaint to February 17, 2025. If Defendants fail to respond to the Complaint by that deadline, Plaintiff shall seek a certificate of default on or before February 21, 2025, or else show cause why this action should not be dismissed for failure to prosecute.

      SO ORDERED.

Dated: January 27, 2025  
      New York, New York

                                               JOHN P. CRONAN  
                                             United States District Judge