UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANIA DEIDAN,

                        Plaintiff,

  -against-

ERIK DEIDAN and 791 REALTY LLC,

                        Defendants.

1-24-cv-09489-JPC

~~[proposed]~~
**ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)**

Upon the joint application of the parties,

IT IS HEREBY ORDERED that this action is dismissed pursuant to Federal Rule of Civil Procedure 41(A)(2) without prejudice and without costs or fees to any party.

The Clerk of Court is respectfully directed to close this case.

So Ordered:   *[signature]*                                              April 28, 2025
                John P. Cronan,                                              Date
                United States District Judge